| | |
|---|---|
| DISTRICT COURT, COUNTY OF BOULDER, STATE OF COLORADO<br>1777 Sixth Street<br>Boulder, Colorado 80302 | DATE FILED: April 20, 2017 9:42 AM<br>FILING ID: 33A7CB2FDEE15<br>CASE NUMBER: 2017CV30394 |
| **Plaintiffs:** MULUGETA M. BERHANU and SARA J. TEGEGNE | |
| **Defendants:** STEVEN G. HATCHER and SWIFT TRANSPORTATION CO. OF ARIZONA, L.L.C., a Foreign Limited Liability Company | |
| Attorneys for Plaintiffs:<br>Name: John W. Trueax<br>Address: Kiel & Trueax, L.L.C.<br>7375 East Orchard Road, Suite 300<br>Greenwood Village, Colorado 80111<br>Phone Number: (303) 694-2666<br>Fax Number: (303) 694-2573<br>E-mail: DTC5445@aol.com<br>Atty. Reg. #: 11547 | ▲ COURT USE ONLY ▲<br><br>Case No.<br><br>Ctrm./Div.: |

## COMPLAINT

COME NOW the Plaintiffs, Mulugeta M. Berhanu and Sara J. Tegegne, by and through their attorneys of record, KIEL & TRUEAX, L.L.C., and for their Complaint against the Defendants, Steven G. Hatcher and Swift Transportation Co. of Arizona, L.L.C., state and allege as follows:

1. Plaintiffs, Mulugeta M. Berhanu and Sara J. Tegegne, are residents of the City of Aurora, County of Arapahoe, State of Colorado.

2. At all times pertinent hereto, Defendant, Steven G. Hatcher, was a resident of the City of Rentz, County of Laurens, State of Georgia.

3. At all relevant times, Defendant, Swift Transportation Co. of Arizona, L.L.C., was a Delaware Corporation, with a principal place of business at 2200 South 75th Avenue, Phoenix, Arizona 85043.

4. At all times pertinent hereto, Defendant, Steven G. Hatcher, was driving a commercial freightliner truck while within the course and scope of his employment with Defendant, Swift Transportation Co. of Arizona, L.L.C.

5. On or about July 11, 2016, Plaintiff, Mulugeta M. Berhanu, was driving a vehicle with Plaintiff, Sara J. Tegegne, as a front-seat passenger and they were traveling northbound on Monaco Parkway, in the City and County of Denver, State of Colorado.

6. At the same time and place, Defendant, Steven G. Hatcher, was driving a commercial freightliner truck, owned by Swift Transportation Co. of Arizona, L.L.C., traveling northbound on Monaco Parkway. Mr. Hatcher attempted to make a left turn from the second lane and while doing so, he cut off the Plaintiffs' vehicle traveling in the number one lane. The impact caused the Plaintiffs' vehicle to collide with a tree on the corner of the intersection.

7. The above-described collision was the sole and proximate result of the negligent and careless operation of a motor vehicle being driven by Defendant, Steven G. Hatcher.

8. As a direct and proximate result of the negligence of the Defendants, Steven G. Hatcher and Swift Transportation Co. of Arizona, L.L.C., as heretofore alleged, Plaintiffs, Mulugeta M. Berhanu and Sara J. Tegegne, have sustained multiple injuries, mental anguish, pain and suffering, permanent disability, a loss of wages and a loss of enjoyment of life.

9. As a further direct and proximate result of the Defendants, Steven G. Hatcher and Swift Transportation Co. of Arizona, L.L.C., Plaintiffs, Mulugeta M. Berhanu and Sara J. Tegegne, have incurred doctors' bills, drug bills and expenses for therapeutic treatment and will in the future incur such bills, costs and expenses.

WHEREFORE, Plaintiffs, Mulugeta M. Berhanu and Sara J. Tegegne, pray that judgment be entered in their favor against the Defendants, Steven G. Hatcher and Swift Transportation Co. of Arizona, L.L.C., in amounts to be determined at trial, plus costs, interest from the date of the collision as provided by law, and for such other and further relief as the Court deems just and proper.

Respectfully submitted this 20th day of April, 2017.

KIEL & TRUEAX, L.L.C.

By: _____
John W. Trueax            No. 11547
Attorneys for Plaintiffs

Plaintiffs' Address:
720 South Lima Street
Aurora, Colorado 80012